**Order entered October 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00966-CV

### IN THE MATTER OF L.W., A JUVENILE

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01485-W**

## ORDER

Before the Court is appellant's October 14, 2019 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **Monday, November 4, 2019**. We caution appellant that further extension in this accelerated appeal will be strongly disfavored.

/s/  BILL WHITEHILL
    JUSTICE